PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| | : | |
| Richard and Lorraine Butko | : | Chapter 20-21255-GLT |
| Debtors | : | |
| | : | |
| Richard and Lorraine Butko | : | Hearing Date: |
| Movants | : | |
| | | |
| Ronald A. Ciccozzi, | : | |
| Respondent, | : | |

**CERTIFICATE OF SERVICE OF DEBTORS' MEMORANDUM AT LAW ON WHY THEY HAVE AN INTEREST IN THEIR RESIDENCE WHICH IS PROTECTED BY THE AUTOMATIC STAY**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 22, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Christian M. Rieger, Esquire
2403 Sidney Street
Suite 214
Pittsburgh, PA  15203

Ronda Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Richard and Lorraine Butko
120 Heather Lane
Monaca, PA 15061

EXECUTED ON:  May 22, 2020

By:    /s/ Max C. Feldman
       Max Feldman, Esquire
       Nicholas Feldman, Esquire
       Joseph Feldman, Esquire
       1322 Fifth Avenue
       Coraopolis, PA  15108
       412-262-6181
       PA. I.D. 56429
       mcfeldman@verizon.net